SO ORDERED.

Dated: August 28, 2019

*Daniel P. Collins*

**Daniel P. Collins, Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br>JOHN FENDER<br><br>Debtors. | Case No. 0:19-bk-09216-DPC<br><br>Chapter 11<br><br>**ORDER SETTING THE CLAIMS BAR DATE – LAST DAY TO FILE PROOFS OF CLAIM OR INTEREST** |

**TO**: All creditors, equity security holders, parties requesting notice and other parties-in-interest:

**YOU ARE HEREBY NOTIFIED** that October 1, 2019, is the last day to file proof of claims and interest in the above-captioned Chapter 11 case. Any creditor or other party in interest whose claim is not scheduled or is scheduled as disputed, contingent or unliquidated must file a proof of claim or interest with the Clerk of the United States Bankruptcy Court, 230 N. First Avenue, Suite 101, Phoenix, AZ 85003 and serve a copy of the same on counsel for the Debtor on or before October 1, 2019 to be treated as a creditor with respect to such claim for the purpose of voting and distribution in the above Chapter 11 case. The deadline for governmental units to file a proof of claim is January 21, 2020.

**NOTICE IS FURTHER PROVIDED** that any claim filed after October 1, 2019 shall be considered untimely and disallowed and said creditor and/or party-in-interest shall be prevented from voting on any proposed plan of reorganization and participating in receipt of any distribution under such claim, except for claims filed by governmental units.

Any creditor or equity security holder with a claim listed in Debtor's Statements and Schedules that is not scheduled by the Debtor as disputed, contingent or unliquidated as to amount or if the amount of the claim differs from that schedule by the Debtor, may, but need not file a proof of claim in this case. Any creditor or equity security holder who desires to rely on the Debtor's schedules has a responsibility to determine that the claim of said creditor or equity security holder is accurately listed.

A claimant who has already filed a proof of claim or interest should not file a duplicate claim.

The address for filing proofs of claim or interest with the Clerk of the United States Bankruptcy Court is:

> Clerk, United States Bankruptcy Court
> District of Arizona
> 230 N. First Avenue
> Suite 101
> Phoenix, AZ 85003

Claimants may also go to the U.S. Bankruptcy Court for the District of Arizona's website for instructions to file a proof of claim online at http://www.azb.uscourts.gov/proof-claim-form-and-instructions.

The address for serving a copy of the proof of claim or interest on Debtor's counsel is:

> Jim Gaudiosi, Attorney at Law PLLC
> 17505 N. 79th Ave., Suite 112A
> Glendale, AZ 85308

**DATED AND SIGNED ABOVE**